# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Steven Touch | ) | Case No. 17-mj-6118-MPK |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 10, 2017__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See attached affidavit of FBI TFO Stephen C. Withrow

☑ Continued on the attached sheet.

*Complainant's signature*

Stephen C. Withrow, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/22/2017

*Judge's signature*

City and state: Boston, Massachusetts    Hon. M. Page Kelley, US Magistrate Judge
*Printed name and title*