UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2018 MAR 29 PM 3: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) Case No. 17-6118-MPK
)
STEVEN TOUCH, )
    Defendant )

## DISMISSAL OF THE COMPLAINT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the complaint filed on May 22, 2017, which charges the defendant with unlawful flight to avoid prosecution in violation of 18 U.S.C. § 1073. In support of this dismissal, the government states that the defendant is no longer a fugitive from justice. The defendant was arrested in Lynn, Massachusetts on January 30, 2018, and has been turned over to state authorities for prosecution in the Commonwealth of Massachusetts. Since the defendant will be prosecuted by the Commonwealth of Massachusetts on charges of Murder – First Degree, the federal prosecution of this matter is no longer in the interests of justice.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: _____
KUNAL PASRICHA
Assistant United States Attorney

Leave to File Granted: 4/2/18

_____
HON M. PAGE KELLEY
United States Magistrate Judge

Date: 4/2/18